

**EOD**

**09/28/2020**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| STEVE CLOHESSY | § | Case no.19-41425-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ADMINISTRATIVELY CLOSING CASE

The Debtors having filed an Application for Final Decree, and the Court having considered

such application in light of the Debtor's requirements under the Code as an  individual chapter 11

Debtor, orders as follows,

ORDERED, ADJUDGED AND DECREED the above case is administratively closed subject

to the Debtor filing a Motion to Reopen and filing the appropriate pleadings to obtain a discharge

as required under the confirmed plan and the Bankruptcy Code.

Signed on 9/28/2020

*Brenda T. Rhoades*                SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**FINAL DECREE  - PAGE 1**